# MEMORANDUM DECISIONS.

[Civil No. 307.]

WILLIAM H. BARNES, Petitioner, v. THOMAS HUGHES, Territorial Auditor, Respondent.

ORIGINAL APPLICATION for Writ of Mandamus.

William H. Barnes, in *pro. per.*

William Herring, Attorney-General, for Respondent.

SLOAN, J.—This case is in all respects similar to the case of *Porter* v. *Hughes, ante,* p. 1, (just decided). The same statement of facts was argued to on this case as in *Porter* v. *Hughes,* and hence the decision of the latter case will control in the disposition of this case.

The plaintiff will therefore be granted the writ prayed for in his complaint.

Kibbey, J., and Wells, J., concur.

Filed January, 1893.

[Civil No. 352.]

ANDRE MAUREL, Plaintiff in Error, v. A. A. McDONALD et al., Defendants in Error.

WRIT OF ERROR from the District Court of the Second Judicial District in and for the County of Gila. J. H. Kibbey, Judge.

Andre Maurel, in *pro. per.*

E. J. Edwards, for Defendant.

January 10, 1893. Dismissed.